Bank of Monroe v. Brockway.

vice," &c., it shall be the duty of such judge or magistrate to give a certificate, &c. Language, he argued, could not be more explicit, requiring the proof to be taken *before* and certified *by* a magistrate of the state from which the alleged slave had escaped. In the case of *fugitives from justice*, provided for by the *first section* of the same act, it had never been doubted that the *affidavit* charging the offence alleged to have been committed, must be made *before* a magistrate of the state or territory from which the party was alleged to have fled; and the uniform construction had been, that the affidavit must be so taken; and he insisted that the phraseology of the third section demanded the same construction. If right in his construction of the statute, the writ *de homine replegiando*, he contended, ought not to be quashed.

---

### MELVILLE vs. HAZLETT.

In this case the Chief Justice refused to strike out a plea as *frivolous;* the only objection to it being that it amounted to the general issue, or in other words that the matter alleged in it might be given in evidence under the general issue.

---

### BANK OF MONROE vs. BROCKWAY.

A *special verdict* in a personal action as well as a bill of exceptions, or case made, must in the first instance be heard and decided by the circuit judge, unless he direct otherwise.

The question in this case was, whether where a *special verdict* is taken at the circuit, the cause must in the first instance be heard before the circuit judge, or whether it may be directly brought before this court without any order to that effect from the circuit judge.

*By the Court*, Nelson, Ch. J. A *special verdict* is not enumerated in the act of 1832, but it is in the act of 1833. (*Statutes, session of* 1832, *p.* 188, and *session of* 1833, *p.* 305.) These acts are *in pari materia;* a special verdict, therefore, as well as a bill of exceptions or case made, must, in the first instance, be heard and decided before the circuit judge, unless he in his discretion direct that it be carried immediately to this court.